JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PETER KANDINOV, | ) | Case No. CV 08-04629 DDP (VBKx) |
|---|---|---|
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| INDYMAC BANCORP,INC.; INDYMAC BANK, F.S.B; MICHAEL PERRY, THE MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE; LOUIS E. CALDERA, HUGH M. GRANT, JOHN SEYMOUR; THE EMPLOYEE BENEFITS FIDUCIARY COMMITTEE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

_____
DEAN D. PREGERSON
United States District Judge